IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>OMAR ALI HASSAN,<br><br>                    Defendant. | CR-23-28-M-DLC<br><br><br>FINDINGS AND<br>RECOMMENDATION<br>CONCERNING PLEA |

The Defendant, by consent, has appeared before the undersigned pursuant to

Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of possession with

intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) as charged in the

sole count in the Indictment. Defendant agrees to the forfeiture allegation as it

pertains to the 2014 White Dodge Charger, Montana License Plate BYG800, VIN

2C3CDXDT9EH184697. The government moves to dismiss the forfeiture

allegation as it pertains to the 1975 Chevrolet Caprice, Montana License Plate 4-

68363C, VIN 1N39U5J120323. After examining the Defendant under oath, I have

made the following determinations:

    1.   That the Defendant is fully competent and capable of entering an

informed and voluntary plea,

1

2.   That the Defendant is aware of the nature of the charge against him and consequences of pleading guilty to the charge,

3.   That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty, and

4.   That both is plea of guilty to the criminal offense charged against him and his admission to the allegation of forfeiture are knowingly and voluntarily entered, and are both supported by independent factual grounds sufficient to prove each of the essential elements of the criminal offense charged and the legal basis for the forfeiture.

Therefore, I recommend that the Defendant be adjudged guilty of the offense Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 841(a)(1) as set forth in the Indictment, and that sentence be imposed. I further recommend that the agreed forfeiture be imposed as to the 2014 White Dodge Charger, Montana License Plate BYG800, VIN 2C3CDXDT9EH184697, and that the forfeiture be dismissed as to the 1975 Chevrolet Caprice, Montana License Plate 4-68363C, VIN 1N39U5J120323.

//

//

//

2

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the presentence report**.

DATED this 27th day of September, 2023.

Kathleen L. DeSoto
United States Magistrate Judge