IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR ALI HASSAN,<br><br>Defendant. | CR 23–28–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 42.) Defendant Omar Ali Hassan has been adjudged guilty of possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1), as charged the Indictment. (Doc. 44.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1), (2) and 881(a)(11).

Accordingly, IT IS ORDERED that the motion (Doc. 42) is GRANTED.

IT IS FURTHER ORDERED that Mr. Hassan's interest in the following property is forfeited to the United States in accordance 21 U.S.C. §§ 853(a)(1), (2) and 881(a)(11):

- 2014 White Dodge Charger bearing Montana License Plate BYG800, VIN 2C3CDXDT9EH184697.

1

IT IS FURTHER ORDERED that the DEA, U.S. Marshals Service, and/or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 12th day of October, 2023.

_____
Dana L. Christensen, District Judge
United States District Court